U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR 16 2023

DANNY L. MILLER, CLERK
BY ___SW___ DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Debtor: **Kermit Shelton**

CASE NO. **23-50064**

Joint Debtor (if applicable): _____

CHAPTER **13**

MOTION FOR/TO **Time to get all my schedules filed**

NOW COMES Debtor(s) and brings this motion. In support of the Debtor(s) motion, the Debtor(s) state the following [state the facts]:

1. Due to work, Death in family, + sickness. I wasn't able to get all paperwork done. Need coaching

2. _____

3. Debtor(s) requests **Can I please have more time to get all paperwork submitted?**

WHEREFORE, Debtor requests this Court to consider Debtor's Motion and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Date: **3/16/2023**  Signature of Debtor: **Kermit Shelton**

Address: **4545 Ingram Dr Apt 2311**
City/State/ZIP: **Gulfport MS 39501**
Telephone No.: **662-304-6067**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

_Kermit Shelton_
**Debtor**

CASE NO. 23-50064

_____
**Joint Debtor** *(if applicable)*

CHAPTER 13

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/16/2023 (date of mailing), I served copies as follows:

1. Document(s) served: Motion For Time

2. Served upon [name and address of each person served]:
   Trustee

3. By First Class Mail. KS
   ~~electronic~~ Coomputre

Dated: 3/16/2023     x _Kermit Shelton_
                        *(Signature)*
                     Print Name: Kermit Shelton
                     Telephone No. 662-304-6067