_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 16, 2023**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

Kermit C. Shelton,                                        CASE NO.   23-50064 KMS

DEBTOR(S).                                                CHAPTER 13

### ORDER GRANTING MOTION FOR ADDITIONAL TIME TO FILE CHAPTER 13 SCHEDULES, PLAN, AND OTHER DOCUMENTS

This matter came before the Court on the Motion for Additional Time to File Chapter 13 Schedules, Plan, and Other Documents (the "Motion") (Dkt. #26) filed by the Debtor, in the above-styled case. The Court, having considered the matter, finds that the request is granted.

**IT IS, THEREFORE, ORDERED** that the Motion is hereby granted. The chapter 13 schedules, statement of affairs, plan and all other information and forms required by 11 USC Section 521(a)(1) is due on or before March 30, 2023.

**IT IS FURTHER ORDERED** that if the Debtors fail to comply with this order then the case may be dismissed without further notice or hearing.

### ### END OF ORDER ###